UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| ASSURANCE COMPANY OF AMERICA, | ) ) ) | 2:11-CV-00559-PMP-RJJ |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| CAMPBELL CONCRETE OF NEVADA, INC., CAMPBELL CONCRETE, INC., SRC ENTERPRISES, INC., STERLING TRENCHING, INC., SOUTHWEST MANAGEMENT, INC., and STEVEN R. CAMPBELL (dba SRC SOLE PROPRIETORSHIP, and as trustee of dissolved corporations, Campbell Concrete of Nevada, Inc., Campbell Concrete, Inc., Sterling Trenching, Inc., and as trustee for CAMPBELL FAMILY TRUST), | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

The Court having read and considered Defendant Southwest Management, Inc.'s Motion to Dismiss; or Alternatively, Motion for More Definite Statement; and Declaration of Catherine La Tempa (Doc. #17), Plaintiff's Response thereto (Doc. #18) and Defendant's Reply (Doc. #24), and good cause appearing,

/ / /

/ / /

1        **IT IS ORDERED that** Defendant's Southwest Management, Inc.'s

2   Motion to Dismiss; or Alternatively, Motion for More Definite Statement; and

3   Declaration of Catherine La Tempa (Doc. #17) is **DENIED**.

4

5   DATED:  July 1, 2011.

6

7   _____

8   PHILIP M. PRO
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26