UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ASSURANCE COMPANY OF AMERICA,  )  2:11-CV-00559-PMP-RJJ
)
Plaintiff,  )  **ORDER**
)
vs.  )
)
CAMPBELL CONCRETE OF NEVADA, INC., *et al*.,  )
)
Defendants.  )

**IT IS ORDERED that** Defendants' fully briefed Motion for Summary Judgment (Doc. #72) and Plaintiff's fully briefed Motion for Partial Summary Judgment (Doc. #73) are **DENIED**.

**IT IS FURTHER ORDERED that** the Parties shall file a Joint Pre-trial Order on or before **December 10, 2012**.

DATED: November 5, 2012.

_____
PHILIP M. PRO
United States District Judge