UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ASSURANCE COMPANY OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 2:11-CV-00559-PMP-RJJ **ORDER** |
| Plaintiff, | | |
| vs. | | |
| CAMPBELL CONCRETE OF NEVADA, INC., *et al.*, | | |
| Defendants. | | |

**IT IS ORDERED that** Defendants' fully briefed Motion for Summary Judgment (Doc. #72) and Plaintiff's fully briefed Motion for Partial Summary Judgment (Doc. #73) are **DENIED**.

**IT IS FURTHER ORDERED that** the Parties shall file a Joint Pre-trial Order on or before **December 10, 2012**.

DATED: November 5, 2012.

_____
PHILIP M. PRO
United States District Judge