UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA,            )<br>                                                              )<br>            Plaintiff(s),                           )<br>                                                              )<br>        vs                                              )<br>                                                              )<br>CAMPBELL CONCRETE OF              )<br>NEVADA, et al.,                                    )<br>                                                              )<br>            Defendant(s).                        )<br>_____) | Case # 2:11-CV-559-PMP-CWH<br><br>ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

      This case is currently stacked on the Trial Calendar of **Tuesday, October 22, 2013,** for a Jury Trial.

      **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Carl W. Hoffman** for a settlement conference.

      DATED this 20th day of February, 2013.

_____
PHILIP M. PRO, U. S. DISTRICT JUDGE