UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>CAMPBELL CONCRETE OF NEVADA, INC., et al.,<br><br>          Defendants. | 2:11-CV-00559-PMP-CWH<br><br>ORDER |

        Before the Court is Defendants' Motion in Limine No. 4 to Exclude Any Evidence or Argument Regarding SRC Sole Proprietorship or the Campbell Family Trust (Doc. #105). Plaintiff filed an Opposition (Doc. #112).

        Defendants move to exclude any evidence, reference, or argument related to Defendants SRC Sole Proprietorship and Campbell Family Trust. However, Defendants SRC Sole Proprietorship and Campbell Family Trust are named insureds on several of the insurance policies at issue, and their liability is a central question in this case. The parties' arguments regarding relevancy, prejudice, waste of time, and jury confusion are merits arguments regarding these Defendants' alleged liability. Further, to the extent Defendants assert that Assurance cannot collect any potential judgment from Steven Campbell as a result of this Court's prior Order (Doc. #43), this Court has not ruled as to Defendant Steven Campbell's liability as an individual doing business as SRC Sole Proprietorship or as trustee for the Campbell Family Trust. The Court also did not rule that SRC Sole Proprietorship and the Campbell Family Trust are not proper defendants in this action.

IT IS THEREFORE ORDERED that Defendants' Motion in Limine No. 4 to Exclude Any Evidence or Argument Regarding SRC Sole Proprietorship or the Campbell Family Trust (Doc. #105) is hereby DENIED.

DATED: December 3, 2013

_____
PHILIP M. PRO
United States District Judge